# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 3, 2014

_____

## DOCKET CORRECTION NOTICE
_____

No.     14-1394,        <u>Projects Management Company v. DynCorp International LLC</u>
                        1:13-cv-00331-TSE-IDD

TO:     Thomas Bausman Kenworthy

FILING CORRECTION DUE:  June 6, 2014

Please make the correction identified below and file a corrected document by the date indicated.

_____

 [ X] Brief is not text-searchable. Please refile brief as a text-searchable PDF.


Jeffrey S. Neal, Deputy Clerk
804-916-2702